# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen T. Lynch,<br><br>          Plaintiff,<br>vs.<br><br>Ocwen Loan Servicing, LLC.;<br>Experian Information Solutions, Inc.;<br>Equifax Information Services, LLC; and<br>Does 1 to 10, inclusive,<br><br>          Defendants. | Case No.: CV-16-01642-PHX-SRB<br><br>**ORDER** |

Pursuant to the Stipulation,

IT IS SO ORDERED that all claims of Plaintiff STEPHEN T. LYNCH against Defendant OCWEN LOAN SERVICING, LLC are dismissed with prejudice. Plaintiff STEPHEN T. LYNCH and Defendant OCWEN LOAN SERVICING, LLC shall each bear their own costs and attorneys' fees.

Dated this 26th day of January, 2017.

_____
Susan R. Bolton
United States District Judge

- 1 -